1  MARK JOSEPH KENNEY (State Bar No. 87345)
   ROSSANA S. ELTANAL (State Bar No. 224415)
2  SEVERSON & WERSON
   A Professional Corporation
3  One Embarcadero Center, Suite 2600
   San Francisco, CA  94111
4  Telephone:  (415) 398-3344
   Facsimile:  (415) 956-0439
5
   MICHAEL A. ZATOPA (State Bar No. 84219)
6  Zatopa & Siegel
   100 Spear Street, Suite 700
7  San Francisco, CA
   Telephone:  (415) 896-1400
8  Facsimile:  (415) 896-1403
   Email: info@zatopasiegel.com
9
   Attorneys for Plaintiff CASSIE A., by and
10 through her parent, SHANNA SCHIENLE

11                    IN THE UNITED STATES DISTRICT COURT

12                      EASTERN DISTRICT OF CALIFORNIA

13 | CASSIE A., by and through her parent, | Case No.: 2:06-CV-00154-DFL-DAD |
   | SHANNA SCHIENLE, | |
14 | | **STIPULATION AND ORDER TO** |
   | Plaintiffs, | **CONTINUE DATE FOR PARTIES TO** |
15 | | **FILE AN UPDATED JOINT STATUS** |
   | vs. | **REPORT** |
16 | | |
   | GATEWAY UNIFIED SCHOOL DISTRICT, | |
17 | | |
   | Defendant. | |
18

28 | 11592/0001/600575.1 | STIPULATION AND ORDER TO CONTINUE DATE
   | | TO FILE UPDATED JOINT STATUS REPORT
   | | Case No.: 2:06-SV-00154-DFL-DAD

The parties, through their respective counsel, stipulate and agree to the following:

1. The Court set the date for the parties to file an Updated Joint Status Report for **October 13, 2006**, pursuant to the Court's Notice of September 22, 2006.1

2. The parties are currently engaged in settlement discussions and respectfully request that the Court grant the parties an extension of time up to and including **October 27, 2006** to file an Updated Joint Status Report.

IT IS SO STIPULATED.

DATED: October 12, 2006        SEVERSON & WERSON
                               A Professional Corporation


                               By: /s/_____
                                      Rossana S. Eltanal

                               Attorneys for Plaintiff
                               CASSIE A., by and through her parent,
                               SHANNA SCHIENLE

DATED: October 11, 2006        KRONICK MOSKOVITZ TIEDEMANN &
                               GIRARD


                               By: /s/_____
                                      Marcella L. Gutierrez

                               Attorneys for Defendant
                               GATEWAY UNIFIED SCHOOL DISTRICT

11592/0001/600575.1

STIPULATION AND ORDER TO CONTINUE DATE
TO FILE UPDATED JOINT STATUS REPORT
Case No.: 2:06-SV-00154-DFL-DAD

1  **ORDER**

2     IT IS SO ORDERED.

3  DATE: October 16, 2006

4  _____
   DAVID F. LEVI
5  United States District Judge

- 3 -

28  11592/0001/600575.1    STIPULATION AND ORDER TO CONTINUE DATE
                           TO FILE UPDATED JOINT STATUS REPORT
                           Case No.: 2:06-SV-00154-DFL-DAD