1  MARK JOSEPH KENNEY (State Bar No. 87345)
   ROSSANA S. ELTANAL (State Bar No. 221145)
2  SEVERSON & WERSON
   A Professional Corporation
3  One Embarcadero Center, Suite 2600
   San Francisco, CA  94111
4  Telephone:  (415) 398-3344
   Facsimile:  (415) 956-0439
5
   MICHAEL A. ZATOPA (State Bar No. 84219)
6  Zatopa & Siegel
   100 Spear Street, Suite 700
7  San Francisco, CA
   Telephone:  (415) 896-1400
8  Facsimile:  (415) 896-1403
   Email: info@zatopasiegel.com
9
   Attorneys for Plaintiff CASSIE A., by and
10 through her parent, SHANNA SCHIENLE

11                   IN THE UNITED STATES DISTRICT COURT

12                      EASTERN DISTRICT OF CALIFORNIA

13 | CASSIE A., by and through her parent, | Case No.: 2:06-CV-00154-DFL-DAD |
   | SHANNA SCHIENLE,                      |                                 |
14 |                                       | **STIPULATION OF DISMISSAL**    |
   |             Plaintiffs,               |                                 |
15 |                                       |                                 |
   |     vs.                               |                                 |
16 |                                       |                                 |
   | GATEWAY UNIFIED SCHOOL DISTRICT,      |                                 |
17 |                                       |                                 |
   |             Defendant.                |                                 |
18

28

11592/0001/615904.1                                   STIPULATION OF DISMISSAL
                                                      Case No. 2:06-CV-00154-DFL-DAD

IT IS HEREBY STIPULATED by and between the plaintiff Cassie A., by and through her parent, Shanna Schienle and defendant Gateway Unified School District that the complaint filed by plaintiff in this matter shall be dismissed with prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.  Each party shall bear its own costs and attorneys' fees.

DATED:  February ___, 2007        SEVERSON & WERSON
                                  A Professional Corporation


                                  By: _____
                                       Rossana S. Eltanal

                                  Attorneys for Plaintiff
                                  CASSIE A., by and through her parent,
                                  SHANNA SCHIENLE

DATED:  February ___, 2007        KRONICK MOSKOVITZ TIEDEMANN &
                                  GIRARD


                                  By: _____
                                       Marcella L. Gutierrez

                                  Attorneys for Defendant
                                  GATEWAY UNIFIED SCHOOL DISTRICT


IT IS SO ORDERED.


Dated:  02/27/2007

                                  /s/ David F. Levi
                                       DAVID F. LEVI
                                  United States District Judge